980

No. 80–681. LOCAL LODGE No. 875, BROTHERHOOD RAILWAY CARMEN OF THE UNITED STATES AND CANADA, AFL–CIO *v.* DONOVAN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

No. 80–782. OLEGARIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▄▄▄▄▄▄▄▄▄▄▄▄▄

No. 80–841. HENSLER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▄▄▄▄▄▄▄▄▄▄▄▄

No. 80–889. MALIK *v.* HIDDEN VALLEY CIVIC CLUB ET AL. Ct. Civ. App. Tex., 1st Sup. Jud. Dist. Certiorari denied. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

No. 80–893. KIRKLAND ET AL. *v.* ARKANSAS-BEST FREIGHT SYSTEM, INC., ET AL.;

No. 80–1128. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* ARKANSAS-BEST FREIGHT SYSTEM, INC., ET AL.; and

No. 80–1139. ARKANSAS-BEST FREIGHT SYSTEM, INC. *v.* KIRKLAND ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 629 F. 2d 538.

No. 80–921. BROOKLIER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

No. 80–958. HOPLAND NOKOMIS ASSN. ET AL. *v.* WATT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. ▄▄▄▄▄▄▄▄▄▄▄

No. 80–983. UNITED STATES STEEL CORP. *v.* CHRIST. C. A. 10th Cir. Certiorari denied.

No. 80–992. FITZPATRICK ET AL. *v.* KIRKLAND ET AL. C. A. 2d Cir. Certiorari denied. ▄▄▄▄▄▄▄▄▄▄▄▄▄ ▄▄▄

No. 80–995. SAUNDERS *v.* LEHMAN, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. Certiorari denied. ▄▄▄▄▄▄▄ ▄▄▄▄▄▄▄▄